IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY BARTUNEK,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | 8:18CV335<br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on two motions for status filed by Petitioner. (Filing Nos. 10, 11.) The motions are dated August 16, 2018, and are identical in substance. Petitioner inquires as to whether the court has received payment of the $5.00 filing fee and whether Petitioner needs to do anything to keep the case progressing. The court received payment of Petitioner's $5.00 filing fee on August 10, 2018, and thereafter entered a Memorandum and Order and Judgment on August 15, 2018, dismissing Petitioner's habeas petition without prejudice. Accordingly,

IT IS ORDERED that Petitioner's motions for status (filing nos. 10, 11) are denied as moot.

Dated this 22nd day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge